| | | | |
|---|---|---|---|
| Tirey v. Mahoney | 01-047<br>Dismissed | 02/13/01 | Original Proceeding<br>Habeas Corpus |
| Turner v. Mahoney | 01-003<br>Denied | 02/13/01 | Original Proceeding<br>Habeas Corpus |
| Laughter v. Chase | 00-841<br>Dismissed | 02/13/01 | Original Proceeding<br>Habeas Corpus |
| Marriage of Danbrook<br>(2001 MT 12N) | 00-446<br>Affirmed | 02/15/01 | Dist. 12 (Choteau) |
| Rollins v. Liberty<br>Northwest Ins.<br>(2001 MT 14N) | 00-276<br>Affirmed | 02/15/01 | Workers'<br>Compensation Court |
| Marriage of Dummer/<br>Nascimento<br>(2001 MT 15N) | 00-384<br>Affirmed | 02/15/01 | Dist. 1 (Lewis &<br>Clark) |
| State v. Skelton<br>(2001 MT 18N) | 00-131<br>Affirmed | 02/15/01 | Dist. 8 (Cascade) |
| Marriage of Mitchell<br>(2001 MT 20N) | 00-305<br>Affirmed | 02/15/01 | Dist. 1 (Lewis &<br>Clark) |
| Cravath v. Ellingson<br>(2001 MT 23N) | 00-434<br>Affirmed | 02/15/01 | Dist. 13<br>(Yellowstone) |
| Marriage of Sanner<br>(2001 MT 24N) | 00-130<br>Affirmed | 02/15/01 | Dist. 13<br>(Yellowstone) |
| Englin v. Board of<br>County Comm'rs<br>(2001 MT 26N) | 00-283<br>Affirmed/<br>Reversed | 02/15/01 | Dist. 3 (Deer Lodge) |
| Young v. Community<br>Hospital<br>(2001 MT 32N) | 00-504<br>Affirmed. | 02/22/01 | Dist. 3 (Deer Lodge) |
| Stevens v. DNRC<br>(2001 MT 33N) | 00-616<br>Affirmed | 02/22/01 | Dist. 11 (Flathead) |
| Marriage of<br>Weinheimer | 98-036<br>Affirmed | 02/22/01 | Dist. 8 (Cascade) |